# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JULIO ARMIENTA-CONTRERAS,<br><br>Defendant. | Case No. 16-cr-2810-BAS<br><br>**JUDGMENT AND ORDER GRANTING GOVERNMENT'S MOTION TO DISMISS INDICTMENT**<br><br>**[ECF No. 23]** |

Presently before the Court is the United States of America's motion to dismiss the indictment. The Government indicates that the motion is "made in the interest of justice because of current evidentiary concerns." Having provided an adequate reason and factual basis justifying dismissal, the Court **GRANTS** the Government's motion and **DISMISSES WITHOUT PREJUDICE** the indictment against Julio Armienta-Contreras. *See* Fed. R. Crim. P. 48(a); *United States v. Olmos-Gonzales*, 993 F. Supp. 2d 1234, 1235 (S.D. Cal. 2014) (Moskowitz, C.J.).

**IT IS SO ORDERED.**

**DATED:  January 24, 2017**

Hon. Cynthia Bashant
United States District Judge